**2014–1674.   Olentangy Local Schools Bd. of Edn. v. Delaware Cty. Bd. of Revision.**

Board of Tax Appeals, No. 2012–4555. This cause is pending before the court as an appeal from the Board of Tax Appeals.

Upon consideration of the joint motion to remand with instructions to issue a detailed decision, it is ordered by the court that the cause is remanded to the Board of Tax Appeals to take further action as appropriate.

It is further ordered that a mandate be sent to and filed with the Board of Tax Appeals.

**2014–0910.   Brahaxhia v. Cuyahoga Cty. Bd. of Revision.**

Board of Tax Appeals, No. 2013–4005. This cause is pending before the court as an appeal from the Board of Tax Appeals.

Upon consideration of appellants' application for dismissal, it is ordered by the court that the application for dismissal is granted. Accordingly, this cause is dismissed.

It is further ordered that a mandate be sent to and filed with the Board of Tax Appeals.

**2014–0911.   Meister v. Cuyahoga Cty. Bd. of Revision.**

Board of Tax Appeals, No. 2013–3787. This cause is pending before the court as an appeal from the Board of Tax Appeals.

Upon consideration of appellants' application for dismissal, it is ordered by the court that the application for dismissal is granted. Accordingly, this cause is dismissed.

It is further ordered that a mandate be sent to and filed with the Board of Tax Appeals.

**2014–0912.   Meister v. Cuyahoga Cty. Bd. of Revision.**

Board of Tax Appeals, No. 2013–3788. This cause is pending before the court as an appeal from the Board of Tax Appeals.

Upon consideration of appellants' application for dismissal, it is ordered by the court that the application for dismissal is granted. Accordingly, this cause is dismissed.

It is further ordered that a mandate be sent to and filed with the Board of Tax Appeals.

**2014–0913.   Olowu v. Cuyahoga Cty. Bd. of Revision.**

Board of Tax Appeals, No. 2012–4849. This cause is pending before the court as an appeal from the Board of Tax Appeals.

Upon consideration of appellants' application for dismissal, it is ordered by the court that the application for dismissal is granted. Accordingly, this cause is dismissed.

It is further ordered that a mandate be sent to and filed with the Board of Tax Appeals.

**2014–0915.   Wright v. Cuyahoga Cty. Bd. of Revision.**

Board of Tax Appeals, No. 2013–5064. This cause is pending before the court as an appeal from the Board of Tax Appeals.

Upon consideration of appellants' application for dismissal, it is ordered by the court that the application for dismissal is granted. Accordingly, this cause is dismissed.

It is further ordered that a mandate be sent to and filed with the Board of Tax Appeals.

**2014–0916.   Nguyen v. Cuyahoga Cty. Bd. of Revision.**

Board of Tax Appeals, No. 2013–5767. This cause is pending before the court as an appeal from the Board of Tax Appeals.

Upon consideration of appellants' application for dismissal, it is ordered by the court that the application for dismissal is granted. Accordingly, this cause is dismissed.

It is further ordered that a mandate be sent to and filed with the Board of Tax Appeals.